Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV -8 PM 2:44
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP   DEPUTY

|  |  |
|---|---|
| JILL MARES, mother of CM. a Minor,<br><br>      Plaintiff.<br><br>  vs<br><br>CHULA VISTA ELEMENTARY SCHOOL DISTRICT, a local Educational Agency,<br><br>      Defendant. | SUMMONS IN A CIVIL ACTION<br><br>Case No. 07 CV 2144 JM (AJB) |

TO: (Name and Address of Defendant)

 YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ellen Dowd, Esq.
2658 Del Mar Heights Road #228
Del Mar, CA 92014

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 11/8/07 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)