# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 26 PM 2: 04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| Jill Mares<br><br>Plaintiff,<br><br>V.<br><br>Chula Vista Elementary School District<br>Defendant | No. 07cv2144 JM(AJB)<br><br>REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE. |

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:     "Low Numbered" Case No.     07cv1321 JAH(LSP)

Title:     Courtney Mares v Chula Vista Elementary School District

Nature of Case:     20:1400 Civil Rights of Handicapped Child

The above "low numbered" case and the present case appear

__x__ (1)     to arise from the same or substantially identical transactions, happenings or events; or

__x__ (2)     involve the same or substantially the same parties or property; or

_____ (3)     involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

__x__ (4)     call for determination of the same or substantially identical questions of law; or

_____ (5)     where a case is refiled within one year of having previously been terminated by the Court; or

__x__ (6)     for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:     07cv2144 JAH(LSP)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**W. Samuel Hamrick, Jr.,** Clerk of Court,

DATED:   November 19, 2007      By:   K.Hammerly
                                    (By) Deputy,

## ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED:   11/20/07                   _____
                                    Houston
                                    United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Houston and Magistrate Judge Papas for all further proceedings.

DATED:   11/19/07                   _____
                                    Miller
                                    United States District Judge