| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> **SPECIAL EDUCATION LEGAL CENTER** <br> **2658 DEL MAR HEIGHTS ROAD  228 DEL MAR, CA 92014** <br> TELEPHONE NO.: **(858) 342-8360**   FAX NO. (Optional): **(858) 755-6348** <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

STREET ADDRESS: **880 FRONT STREET**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN DIEGO, CA 92101**
BRANCH NAME: **SOUTHERN DISTRICT - SAN DIEGO**

PLAINTIFF/PETITIONER: **JILL MARES, MOTHER OF CM, A MINOR**

DEFENDANT/RESPONDENT: **CHULA VISTA ELEMENTARY SCHOOL DISTRICT, A LOCAL EDUCATIONAL AGENCY**

| | CASE NUMBER: |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | 07CV2144 IM (AJB) <br> Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* **Civil Cover Sheet**
3. a. Party served *(specify name of party as shown on documents served):*
   **CHULA VISTA ELEMENTARY SCHOOL DISTRICT, A LOCAL EDUCATIONAL AGENCY**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*
   **DEBORAH L. WENBOURNE, ED. D., DIRECTOR**
4. Address where the party was served: **84 EAST J ST.**
   **CHULA VISTA, CA 91910**
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **11/20/2007**  (2) at *(time):* **03:45 pm**

   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*  **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/SD107204

| PETITIONER: JILL MARES, MOTHER OF CM, A MINOR | CASE NUMBER: |
|---|---|
| RESPONDENT: CHULA VISTA ELEMENTARY SCHOOL DISTRICT, A LOCAL EDUCATIONAL AGENCY | 07CV2144JM(AJB) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                               (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **CHULA VISTA ELEMENTARY SCHOOL DISTRICT, A LOCAL EDUCATIONAL AGENCY**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)             ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☒ 416.50 (public entity)                   ☐ 415.46 (occupant)
                                                 ☐ other:

7. **Person who served papers**
   a. Name: **Rodrigo Lora - Janney & Janney Attorney Service, Inc.**
   b. Address: **4891 Pacific Highway. Ste. 102 San Diego, CA 92110**
   c. Telephone number: **(619) 231-9811**
   d. The fee for service was: **$ 60.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner      ☐ employee      ☒ independent contractor.
         (ii) Registration No.: **479**
         (iii) County: **San Diego**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **11/26/2007**

Janney & Janney Attorney Service, Inc.
4891 Pacific Highway. Ste. 102
San Diego, CA 92110
(619) 231-9811

**Rodrigo Lora**                                                                    ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                        (SIGNATURE)