UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MARES, ) | Civil No.07CV2144-JAH(LSP) |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE AND ORDER FOR EARLY |
| v. ) | NEUTRAL EVALUATION CONFERENCE |
| ) | |
| CHULA VISTA ELEMENTARY SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY ORDERED that a telephonic Early Neutral Evaluation of your case will be held on <u>January 17, 2008</u>, at <u>3:30 p.m.</u> before United States Magistrate Judge Leo S. Papas, United States Courthouse, Courtroom G, First Floor, 940 Front Street, San Diego, California.

The Court will initiate the conference call. Counsel shall provide the Court with contact information for all conference call participants by January 16, 2008.

All conference discussions will be informal, off the record, privileged and confidential.

The parties may submit a short Confidential Early Neutral Evaluation Conference Statement prior to the conference. The

parties are also encouraged to lodge with Magistrate Judge Papas' chambers a chronology, setting forth a timeline of the factual events that are the basis for the claims and defenses asserted in this litigation. If submitted, the chronology should be in a chart or column format with the column headings "DATE" and "EVENT" and may be annotated with documents significant to the facts or issues.

In the event the case does not settle at the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference.

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3. The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and,

4. The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

The Court will issue an appropriate order addressing these issues and setting dates as appropriate.

**Plaintiff's counsel shall notify all Defendants of the date and time of the Early Neutral Evaluation Conference.** Questions regarding this case may be directed to the Magistrate Judge's research attorney at (619) 557-6384.

DATED: December 13, 2007

_____
Hon. Leo S. Papas
U.S. Magistrate Judge