**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MARES   v. CHULA VISTA ELEMENTARY SCHOOL DISTRICT   No. 07CV2144-JAH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY JENNIFER JARABEK     Rptr.1 hr. 45 min

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Ellen Dowd | Penelope Glover |

Early Neutral Evaluation Conference held. As discussed during the conference, counsel shall submit information to the Court by:

    Plaintiff -   February 1, 2008
    Defense  -   February 11, 2008

__X__   Copies to:  Counsel of Record          ____ Notified by Telephone

DATED: January 17, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge