**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MARES   v. CHULA VISTA ELEMENTARY SCHOOL DISTRICT   No. 07CV2144-JAH(LSP)

HON. LEO S. PAPAS   CT. DEPUTY JENNIFER JARABEK   Rptr. 22 min./11:42-12:04

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Ellen Dowd | Penelope Glover |

Settlement Conference held.  Case settled.

A Settlement Disposition Conference will be held in this case on April 7, 2008, at 4 p.m., in the chambers of Magistrate Papas unless a joint motion for dismissal of this case is filed prior to that time.  Counsel shall concurrently submit a proposed order by email to the District Judge's efile mailbox.  If the joint motion and proposed order can not be filed on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor.  Monetary sanctions shall be imposed for failure to comply with this order.

  X   Copies to:  Counsel of Record        ____ Notified by Telephone

DATED: March 4, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge