Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360
ellendowd@sbcglobal.net
**Attorney for Plaintiff JILL MARES**

Penelope R. Glover, Esq.
State Bar Number 215825
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
11440 West Bernardo Court, Suite 174
San Diego, California 92127
(858) 485-9526
pglover@aalrr.com
**Attorney for Defendant CHULA VISTA ELEMENTARY SCHOOL DISTRICT**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MARES,<br>        Plaintiff,<br>v.<br>CHULA VISTA ELEMENTARY SCHOOL DISTRICT, a Local Educational Agency<br>        Defendant. | CASE NO.: 07 CV 2144 JAH (LSP)<br><br>JOINT MOTION FOR DISMISSAL WITH PREJUDICE<br><br>Disposition Conference Date: April 7, 2008<br>Time: 4:00 p.m.<br>Judge: Leo S. Papas<br><br>Complaint Filed: November 8, 2007 |

The parties participated in a Settlement Conference on March 4, 2008, pursuant to which all disputes and related claims in the above-referenced action were resolved. On March 11, 2008, the parties executed a Settlement and Mutual Release Agreement. The Chula Vista Elementary School District paid Jill Mares the amount of $48,200.00 on or about March 14, 2008.

During the March 4, 2008 Settlement Conference, the parties stipulated to the continuing jurisdiction of United States District Court Magistrate Judge Leo S. Papas ("Consent to Jurisdiction") to decide: (1) all disputes regarding the settlement terms in the Settlement and

1 | Mutual Release Agreement to be executed by the parties, and (2) any disputes arising out of the
2 | terms of the Settlement Agreement once completed;
3 |     WHEREAS, the parties in good faith have agreed to and executed a Settlement and
4 | Mutual Release Agreement;
5 |     NOW, THERFORE, the parties jointly move for a Dismissal With Prejudice of this
6 | action in conformity with the terms of the Settlement and Mutual Release Agreement, and the
7 | Consent to Jurisdiction.

Dated: March 11, 2008

Respectfully submitted,

_Ellen Dowd_
Ellen Dowd, Attorney for Plaintiff,
JILL MARES

Dated: March   , 2008

Respectfully submitted,

ATKINSON, ANDELSON, LOYA,
RUUD & ROMO

_____
Penelope Glover, Attorney for
Defendant, CHULA VISTA
ELEMENTARY SCHOOL
DISTRICT

Mutual Release Agreement to be executed by the parties, and (2) any disputes arising out of the terms of the Settlement Agreement once completed.

WHEREAS, the parties in good faith have agreed to and executed a Settlement and Mutual Release Agreement;

NOW, THERFORE, the parties jointly move for a Dismissal With Prejudice of this action in conformity with the terms of the Settlement and Mutual Release Agreement, and the Consent to Jurisdiction.

Dated: March  , 2008

Respectfully submitted,

_____
Ellen Dowd, Attorney for Plaintiff,
JILL MARES

Dated: March 17, 2008

Respectfully submitted,

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

_____
Penelope Glover, Attorney for Defendant, CHULA VISTA ELEMENTARY SCHOOL DISTRICT

## DECLARATION OF SERVICE

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is 11440 West Bernardo Court, Suite 174, San Diego, CA, 92127. On March 18, 2008, I caused the following document described as **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** to be electronically served, through the U.S. District Court's Case Management/Electronic Case Filing (CM/ECF) system, on the interested parties, and registered users of the CM/ECF system as follows:

Ellen Dowd, Esq.
2658 Del Mar Heights Road, #228
Del Mar, CA 92014
Telephone:    (858) 755-6347
e-mail address:  ellendowd@sbcglobal.net

Attorneys for Plaintiff JILL MARES

Executed on March 18, 2008, at San Diego, California.

s/ Shannon Pasek
Shannon Pasek