**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JILL MARES,<br>　　　　Plaintiff,<br>v.<br>CHULA VISTA ELEMENTARY SCHOOL DISTRICT, a Local Educational Agency<br>　　　　Defendant. | CASE NO.: 07 CV 2144 JAH (LSP)<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　The joint motion of counsel, duly filed to dismiss this case in its entirety with prejudice is hereby **GRANTED.** Jurisdiction is to be retained, even upon dismissal, by Honorable Leo S. Papas, United States Magistrate Judge, for all settlement proceedings, including all disputes regarding interpretation and enforcement of the terms of the settlement agreement, and the entry of judgment in accordance with 28 U.S.C. § 636(c), FRCP 73 and the Consent to Exercise of Settlement Jurisdiction by a United States Magistrate Judge and Order of Reference, dated on or about March 3, 2008.

Dated:   March 18, 2008

_____
HON. JOHN A. HOUSTON
United States District Judge

07CV 2144 JAH (LSP)